United States District Court
Southern District of Texas
**ENTERED**
November 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

for the

## Southern District of Texas

| | |
|---|---|
| Plaintiffs,<br>Ali Mudhafar Abdulla, Khudhur Ali Mudhafar Al dulaimi, Fadhl Ali Mudhafar Aldulaimi, Mohaiman Ali Mudhafar Aldulaimi and Alyaa Kamil Shalash Almaliki individually and on Behalf of All Other Similarly Situated,<br><br>v.<br><br>    Defendants,<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UR M. JADDOU, Director of USCIS and UNITED STATES OF AMERICA, Alejandro Mayorkas, Secretary, DHS, | 4-23-cv-03064 |

**Order PLAINTIFF'S MOTION TO DISMISS**

On this the 16th day of November came on to be consider the above above and foregoing motion of the Plaintiff and the Court being of the opinion that it should it all things be granted, it is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that the above numbered and entitled cause be and it is hereby Dismissed, with prejudice.

Signed on November 16, 2023, at Houston, Texas.

Charles Eskridge
United States District Judge